UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :

                                       :        CRIMINAL# 07-248(KSH)

      v.                              :

                                       :               ORDER

Anthony Rubino                  :


The Court having determined that new counsel be appointed for defendant based on an application by the Office of the Public Defender Stacy Biancamano; and the Court having previously established the defendant's inability to retain counsel,

It is on this 5th day of August, 2008,

**O R D E R E D** that John Azzarello, Esq. is hereby appointed to represent defendant Anthony Rubino.

                                                  /s/ Katharine S. Hayden
                                                 KATHARINE S. HAYDEN
                                                 United States District Judge

cc:   United States Attorney