UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY RUBINO | HON. KATHARINE S. HAYDEN<br><br>Crim. No. 07-248<br><br>**ORDER** |

This matter having come before the Court on the application of Defendant Anthony Rubino seeking an extension of his surrender date; and the Court having received the submissions by Defendant in support of his motion; ~~and the Court having conducted a hearing on _22nd_ , 200_8_ ; and the Court having heard arguments by the Government (Andrew D. Kogan, Assistant U.S. Attorney, appearing) and by the Defendant (John A. Azzarello, Esq., appearing);~~ and good cause having been shown;

IT IS on this __22nd__ day of __December__, 200_8_,

ORDERED that the date for Defendant's voluntary surrender is hereby extended until __March 1, 2009__, 2009; and it is further

ORDERED that the Judgment of Conviction entered on July 23, 2008, is hereby AMENDED to include this Order.

_____
Hon. Katharine S. Hayden, U.S.D.J.