# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>ANTHONY RUBINO,<br>                  Defendants. | Hon. Katharine S. Hayden<br><br>Crim. No. 07-248<br><br>**ORDER** |

THIS MATTER having come before the Court on the application of Defendant Anthony Rubino seeking a five-day extension of his surrender date to gather information regarding the continued Bureau of Prison designation of Defendant to Manhattan Correctional Center; and the Court having received the submission by defendant in support of his motion; and the Court having conducted a hearing on February 27, 2008; and having heard the Government (by Andrew D. Kogan, Assistant U.S. Attorney) and the Defendant (by John A. Azzarello, Esq.); and for good cause shown,

IT IS, on this ___ day of February, 2009,

ORDERED that defendant's voluntary surrender date is hereby extended to March 6, 2009, and that on that date defendant shall report to a facility designated by the Bureau of Prisons ("BOP"), which the Court recommends be a minimum security facility and not the Federal Correctional Institution located at New York MCC, which is the current designation; and it is further

1

ORDERED that the Judgment of Conviction entered on July 23, 2008, in this matter be and the same is hereby AMENDED to include this Order.

*[signature]*

HON. KATHARINE S. HAYDEN

United States District Judge

2